UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLITA ANDREA BLANCO; THE
NATIONAL SCIENCE FOUNDATION,

                    Plaintiffs,

          -against-

JUDGE VALARIE PELS (BODY); NYC.GOV;
HHS.,

                    Defendants.

25 CIVIL 02231 (LLS)

CIVIL JUDGMENT

For the reasons stated in the February 27, 2026, order, this action is dismissed.

The Court dismisses this action as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i). The Court warns

Plaintiff that further frivolous or vexatious litigation in this court may result in an order barring

Plaintiff from filing new actions in forma pauperis unless she receives prior permission from the

court to file a new action. See 28 U.S.C. § 1651.

SO ORDERED.

  Dated:   March 5, 2026

          New York, New York

                                        /s/ Louis L. Stanton
                                        _____
                                        LOUIS L. STANTON
                                        United States District Judge